AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| Election Systems & Software, LLC <br><br> *Plaintiff(s)* <br> v. <br> Dominion Voting Systems, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 17-1172 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dominion Voting Systems, Inc., 1201 18th St., Suite 210, Denver, Colorado 80202.

Registered Agent: Cogency Global, Inc., 850 New Burton Road, Suite 201, Dover, Delaware 19904.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patricia Smink Rogowski
Rogowski Law LLC
501 Silverside Road, Suite 11
Wilmington, DE 19809

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/21/2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dominion Voting Systems, Inc.
was received by me on *(date)* 08/22/2017.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Courtney Dowd at 2:43 p.m., who is designated by law to accept service of process on behalf of *(name of organization)* Cogency Global Inc, 850 New Burton Road, Suite 201 Dover DE 19904 on *(date)* 08/22/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 08/22/2017

*Server's signature*

Lori Millar-Process Server
*Printed name and title*

1111B South Governors Avneue
Dover DE 19904

*Server's address*

Additional information regarding attempted service, etc:
Description of Courtney Dowd: Caucasian female, 20's, blonde hair, glasses, 5ft, 170lbs
Documents served: Summons, Complaint, Exhibit A, and Exhibit B
