**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-1172 (CJB) |
| | ) |
| DOMINION VOTING SYSTEMS, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**NOTICE OF SERVICE**

Plaintiff, ELECTION SYSTEMS & SOFTWARE, LLC ("ELECTION SYSTEMS") by and through its undersigned counsel, hereby gives notice that on January 30, 2018, copies of PLAINTIFF ELECTION SYSTEMS & SOFTWARE, LLC'S INITIAL DISCLOSURES UNDER RULE 26(a)(1) AND THE COURT'S LOCAL RULES were served as follows:

**By Email:**

Jeremy A. Tigan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 Market Street, P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jtigan@mnat.com

David B. Wilson
James G. Sawtelle
SHERMAN & HOWARD, LLC
633 Seventeenth Street, Suite 3000
Denver, CO  80202
(303) 297-2900
dwilson@shermanhoward.com
jsawtelle@shermanhoward.com
*Attorneys for Defendant Dominion Voting Systems*

Dated: January 31, 2018

Respectfully submitted,

ROGOWSKI LAW LLC

By:  /s/ *Patricia S. Rogowski*
Patricia Smink Rogowski, Del. Bar ID #2632
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE 19809
Tel:  (302) 893-0048
pat@rogowskilaw.com

SENNIGER POWERS LLP

Robert M. Evans, Jr. (*Pro Hac Vice*)
Marc W. Vander Tuig (*Pro Hac Vice*)
Kyle G. Gottuso (*Pro Hac Vice*)
Michael Hartley (*Pro Hac Vice*)
100 North Broadway, 17th Floor
St. Louis, MO 63102
Tel: (314) 345-7000
Fax: (314) 345-7600
revans@senniger.com
mvandertuig@senniger.com
kgottuso@senniger.com
mhartley@senniger.com

*Attorneys for Plaintiff Election Systems & Software, LLC*