**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOMINION VOTING SYSTEMS, INC. )<br>)<br>Defendant. )<br>) | Case No. 17-1172(VAC) (CJB) |

**JOINT NOTICE OF SETTLEMENT AND REQUEST
TO SUSPEND ALL CASE DEADLINES**

Plaintiff and Counterclaim-Defendant Election Systems & Software, LLC, through its undersigned counsel, and Defendant and Counterclaim-Plaintiff Dominion Voting Systems, Inc., through its undersigned counsel, file this joint notice that the parties have reached a settlement in this case. As part of the settlement, the parties have agreed to dismiss their respective claims in this action. The appropriate dismissal papers will be filed with the Court within thirty days.

Due to the settlement agreement, the parties request the Court to suspend all case deadlines, pending the filing of the dismissal papers.

| | |
|---|---|
| ROGOWSKI LAW LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Patricia S. Rogowski* | */s/ Jeremy A. Tigan* |
| Patricia Smink Rogowski (#2632) | Jeremy A. Tigan (#5239) |
| 501 Silverside Road, Suite 11 | 1201 N. Market Street |
| Silverside Carr Executive Center | P.O. Box 1347 |
| Wilmington, DE 19809 | Wilmington, DE 19899-1347 |
| (302) 893-0048 | (302) 658-9200 |
| pat@rogowskilaw.com | jtigan@mnat.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Election Systems & Software, LLC* | *Dominion Voting Systems, Inc.* |
| Filed:  June 11, 2018 | |

SO ORDERED this ___ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE