**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOMINION VOTING SYSTEMS, INC. )<br>)<br>Defendant. )<br>) | Case No. 1:17-cv-01172-VAC-CJB |

## JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

The parties, by and through their respective counsel, hereby stipulate and move the Court pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss with prejudice all claims and counterclaims raised in this action. Each party shall bear its own costs and attorneys' fees and the Court shall retain jurisdiction over disputes, to the extent any ever occur, arising out of or related to the parties' Term Sheet.

Filed: July 3, 2018

| ROGOWSKI LAW LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Patricia S. Rogowski* | */s/ Jeremy A. Tigan* |
| Patricia Smink Rogowski (#2632) | Jeremy A. Tigan (#5239) |
| 501 Silverside Road, Suite 11 | 1201 North Market Street |
| Silverside Carr Executive Center | P.O. Box 1347 |
| Wilmington, DE  19809 | Wilmington, DE  19899-1347 |
| (302) 893-0048 | (302) 658-9200 |
| pat@rogowskilaw.com | jtigan@mnat.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Election Systems & Software, LLC* | *Dominion Voting Systems, Inc.* |

SO ORDERED this _____ day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE